## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ALLEN J. MCBRIDE | § | CASE NO. 09-16114-RGM |
| ELIZABETH D. MCBRIDE | § | CHAPTER 7 |
| | § | |
| | § | JUDGE ROBERT G. MAYER |

### REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that NATIONAL BANKRUPTCY SERVICES.COM LLC has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

      USAA
      P. O. Box 829009
      Dallas, Texas 75382-9009

      Respectfully submitted,
      NATIONAL BANKRUPTCY SERVICES.COM LLC


      /s/ Hilary B. Bonial
      _____

      Hilary B. Bonial

      F# 7175-N-3506
      9441 LBJ Freeway, Suite 350
      Dallas, Texas  75243
      (972) 643-6600 / (972) 643-6698 (Telecopier)
      E-mail Address: notice@bkcylaw.com
      Authorized Agent for USAA

## CERTIFICATE OF SERVICE

       I, Hilary B. Bonial, hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before August 31, 2009:

**Debtors' Attorney**
Gordon P. Peyton
Redmon, Peyton & Braswell
510 King Street #301
Alexandria, VA  22314

**Chapter 7 Trustee**
Robert O. Tyler
700 South Washington Street, Suite 216
Alexandria, Virginia 22314

**U.S. Trustee**
Office of the US Trustee
115 S. Union Street, Suite 210
Alexandria, Virginia 22314

                                              /s/ Hilary B. Bonial

                                              Hilary B. Bonial

7175-N-3506
noaelect